## (May 11, 1977)

■ In the Matter of the CITY OF ITHACA, Petitioner, v TOWN OF ITHACA, Respondent.—Motion by respondent to dismiss proceeding brought pursuant to subdivision 1 of section 712 of the General Municipal Law. Motion granted, without costs and without prejudice to the filing of a new petition for the same annexation (see *Matter of City Council of City of Saratoga Springs v Town Bd. of Town of Greenfield*, 29 AD2d 167). Koreman, P. J., Greenblott, Kane, Mahoney and Herlihy, JJ., concur.